**Hugh GANT, Appellant, v. UNITED STATES of America, Appellee.**

No. 11443.

Circuit Court of Appeals, Fifth Circuit.

Dec. 18, 1945.

Rehearing Denied Jan. 16, 1946.

Writ of Certiorari Denied March 25, 1946.

See 66 S.Ct. 817.

Warren O. Coleman, of New Orleans, La., for appellant.

Alvin H. McConnell, Asst. U. S. Atty., of Mobile, Ala., for appellee.

Before HOLMES, McCORD, and LEE, Circuit Judges.

PER CURIAM.

Pretermitting the question of dismissing this appeal, and deciding the case on its merits, the judgment appealed from is affirmed on the authority of Pyle v. Johnston, 9 Cir., 137 F.2d 869.

**Luther MARTIN v. UNITED STATES of America.**

No. 3279.

Circuit Court of Appeals, Tenth Circuit.

Dec. 28, 1945.

Laynie W. Harrod, of Oklahoma City, Okl., for appellant.

John Brett, Asst. U. S. Atty., of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Docketed and dismissed on motion of appellee and stipulation of the parties.

**Bjorn G. WAHLGREN, Appellant, v. STANDARD OIL COMPANY OF NEW JERSEY and THE S.S. M. F. ELLIOTT, Appellees.**

No. 20021.

Circuit Court of Appeals, Second Circuit.

Dec. 19, 1945.

Jacob Rassner, of New York City, for appellant.

Vernon S. Jones and Kirlin, Campbell, Hickox & Keating, all of New York City (James B. Magnor, of New York City, of counsel), for appellees.

Before L. HAND, AUGUSTUS N. HAND and CLARK, Circuit Judges.

PER CURIAM:

Affirmed on the authority of Baltimore S. S. Co. v. Phillips, 274 U.S. 316, 47 S.Ct. 600, 71 L.Ed. 1069.